UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:

FELISHA WILLIAMS

     Plaintiff,

vs.

MIAMI-DADE COUNTY,
CITY OF MIAMI BEACH,
MIAMI-DADE POLICE OFFICER TERREL JONES,
in his individual capacity,
MIAMI-DADE POLICE OFFICER S. SIMONS (Badge #9906),
in his individual capacity,
CITY OF MIAMI BEACH DETECTIVE FUENTES,
in his individual capacity, and
JOHN DOE POLICE OFFICERS 1-10,

     Defendants.

_____/

## <u>DEFENDANT CITY OF MIAMI BEACH'S NOTICE OF REMOVAL</u>

Defendant, CITY OF MIAMI BEACH, pursuant to 28 U.S.C. §1441 and §1446, files this Notice of Removal of the above-captioned action presently pending in the Circuit Court, Case No. 24-14130-CA-27, and states:

1. On September 27, 2024, Plaintiff served the Defendant CITY OF MIAMI BEACH with a Complaint, a copy which is annexed hereto. The Complaint alleges violations of federal law, specifically, Inverse Condemnation under the Fifth and Fourteenth Amendments to the United States Constitution, as well as related state tort claims all allegedly occurring within the Southern District of Florida.

2. The above-described action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. §1331 (federal question), and §1443 (civil

rights), and is one which may be removed to this Court by the Defendant pursuant to 28 U.S.C. §1441(a)-(c). <u>See</u> <u>also</u> 28 U.S.C. §1367 (supplemental jurisdiction).

3.      Pursuant to 28 U.S.C. §1446(b), this Notice is being filed with this Court within thirty days after Defendant's receipt of a copy of the initial pleading setting forth the claim for relief upon which this action is based.  No other party has been served as of the date of this Notice.

4.      In accordance with 28 U.S.C. §1446(d), written notice of the filing of this Notice of Removal will be given to the adverse party and a copy of this Notice will be filed with the Clerk of the Circuit Court.

5.      In accordance with 28 U.S.C. §1446(a), a copy of all process and pleadings served upon the Defendant is attached hereto.

<u>**CERTIFICATE OF SERVICE**</u>

**I CERTIFY** that a true and correct copy of the foregoing was emailed this 17th day of October, 2024 to Felisha Williams, at felishawilliams1977@gmail.com.

RICARDO J. DOPICO, CITY ATTORNEY
CITY OF MIAMI BEACH
1700 CONVENTION CENTER DR.
4TH FLOOR- LEGAL DEPARTMENT
MIAMI BEACH, FLORIDA 33139
TELEPHONE: (305) 673-7470
FACSIMILE: (305) 673-7002

By: /s/*Henry J. Hunnefeld*
HENRY J. HUNNEFELD
Deputy City Attorney
henryhunnefeld@miamibeachfl.gov
Florida Bar No. 343811

2